## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRENDA F. KINCAID,** | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5004 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SOCIAL SECURITY ADMINISTRATION,** | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's unopposed request for an extension of time (Filing No. 11). The plaintiff seeks an additional fifteen days to file a brief in support of her appeal from the Appeals Council of the Social Security Administration. Upon consideration, the briefing schedule will be modified as described below.

**IT IS ORDERED:**

The plaintiff's unopposed request for an extension of time (Filing No. 11) is granted as set forth below:

    a.    The plaintiff shall file a brief by July 31, 2006.

    b.    The defendant shall file a brief by August 31, 2006.

    c.    The plaintiff may file a reply brief by September 25, 2006.

DATED this 14th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge