# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRENDA F. KINCAID,** | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5004 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SOCIAL SECURITY ADMINISTRATION, JO ANNE B. BARNHART,** Commissioner, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's unopposed request for an extension of time (Filing No. 14). The defendant seeks an additional thirty days to file a brief in opposition to the plaintiff's brief related to an appeal from the Appeals Council of the Social Security Administration. Upon consideration, the briefing schedule will be modified as described below.

**IT IS ORDERED:**

The defendant's unopposed request for an extension of time (Filing No. 14) is granted as set forth below:

    a.    The defendant shall file a brief by September 29, 2006.

    b.    The plaintiff may file a reply brief by October 25, 2006.

DATED this 29th day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge